5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR RODRIGUEZ      *

VS.      *      C.A. NO.  CA-B-98-061

ALLIANZ LIFE INSURANCE COMPANY      *
OF NORTH AMERICA

United States District Court
Southern District of Texas
FILED
AUG 18 1998
Michael N. Milby, Clerk of Court

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __February 19, 1999__. If additional time is required, a motion requesting such extension must be filed no later than __January 15, 1999__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __March 12, 1999__:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(5) A final pretrial and settlement conference be set for __March 26, 1999 @ 2:00 P.M.__.

(6) Trial on the merits be set for __April 1999__, docket call.

DONE at Brownsville, Texas, on __August 18, 1998__.

United States District Court
Southern District of Texas
ENTERED
AUG 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge