IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR RODRIGUEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. B-98-61 |
| ALLIANZ LIFE INSURANCE COMPANY | § | |
| OF NORTH AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION OF PLAINTIFF HECTOR RODRIGUEZ AND DEFENDANT ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA TO EXTEND DISCOVERY DEADLINE AND DEADLINE TO FILE JOINT PRETRIAL**

On this day, the Court considered the Joint Motion of Plaintiff Hector Rodriguez and Defendant Allianz Life Insurance Company of North America to Extend Discovery Deadline and Deadline to File Joint Pretrial filed by the parties. Considering the agreed nature of the motion, and all other premises considered, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Court's Scheduling Order dated August 18, 1998 is modified as follows:

1. All discovery in this case must be completed by **April 19, 1999**; and

2. A joint pretrial order, in full compliance with the local rules, setting forth the following matters must be filed no later than **May 12, 1999**:

    a. the nature of the case;
    b. contentions of the parties;
    c. stipulations;
    d. specific issues of fact, as they are submitted to the jury;

  e. issues of law, if any;
  f. list of all pending motions;
  g. appropriate duration of trial; and
  h. in non-jury cases, specific proposed findings of fact and conclusions of law.

SIGNED: _July 15_, 1999.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT MOTION OF PLAINTIFF HECTOR RODRIGUEZ
AND DEFENDANT ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA
TO EXTEND DISCOVERY DEADLINE AND DEADLINE TO FILE JOINT PRETRIAL ORDER Page 2**

AGREED:

DON W. DAVIS

_____
Attorney in Charge
Texas Bar No. 05482000
DALE E. BUTLER
Texas Bar No. 00792388
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
Telephone: (214) 745-5400
Telecopy:  (214) 745-5390

OF COUNSEL:
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 7570-2199


STAPLETON, LIVESAY & COWEN

By: _____
    Ed Stapelton           SBN: 19058400
    Michael R. Cowen       SBN: 00795306

1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: (956)541-4181
Telecopy:  (956)504-3674

::ODMA\PCDOCS\DALLAS_1\3109571\1
250:18053-15


ORDER GRANTING JOINT MOTION OF PLAINTIFF HECTOR RODRIGUEZ
AND DEFENDANT ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA
TO EXTEND DISCOVERY DEADLINE AND DEADLINE TO FILE JOINT PRETRIAL ORDER        Page 3