10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Hector Rodriguez

versus

Allianz Life Insurance Company of North America

§
§
§
§
§
§

CIVIL ACTION B- 98 - 061

## Order Setting Trial

1. Trial: Estimated time to try: _____ days.    ☐ Bench    ☐ Jury

2. Joint pretrial order is due:     5-12-99

    *The plaintiff is responsible for filing the pretrial order on time.*

3. A final pretrial conference and docket call is set:     6-3-99

    *The case will remain on standby until tried.*     1:30 p.m.

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed January 20th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge