14

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 0 3 1999

Michael N. Milby, Clerk of Court

Hector Rodriguez

versus

Allianz Life Insurance
Company of North America

CIVIL ACTION B-98-61

§
§
§
§
§
§
§
§

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed June 3, 1999, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge